Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
18321 Ventura Blvd. Suite 355
Tarzana, CA 91356
TEL/FAX: (800) 935-3170
mshvarts@dagaccess.com
Attorneys for Plaintiff, Angel Casas

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL CASAS, | ) |
| Plaintiff, | ) Case No.: 8:24-cv-01302-JC |
| v. | ) ORDER FOR AWARD OF EAJA FEES |
| MARTIN O'MALLEY, Commissioner of Social Security, | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount **FIVE THOUSAND AND THIRTY NINE DOLLARS** ($5,039.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: December 10, 2024

_____/s/_____
Honorable Jacqueline Chooljian
United States Magistrate Judge